BANKING COMMISSION, Appellant, vs. MAGNIN, Respondent.

*October 8—November 4, 1941.*

For the appellant there was a brief by *Alk, Kresky, Cohen & Hughes* of Green Bay, and oral argument by *James A. Hughes.*

For the respondent there was a brief by *Lehner & Lehner, Adolph P. Lehner,* and *Howard W. Eslien,* all of Oconto Falls, and *Orville S. Luckenbach* of Shawano, and oral argument by *Mr. Eslien.*

FAIRCHILD, J.   The essential facts in this case are identical with those in *Banking Comm. v. Magnin, ante,* p. 36, 300 N. W. 740, and the rules of law applicable there are likewise decisive of this case.   Both cases were briefed and argued together.   The order must be reversed.

*By the Court.*—Order reversed, and cause remanded for further proceedings according to law.